United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-2345
_____

Hart-Carter Company, a Delaware   *
corporation,                     *
                           *
       Appellant,       *
                           *  Appeal from the United States
    v.                  *  District Court for the
                           *  District of Minnesota.
HCC, Inc., an Illinois      *
corporation,                 *     [UNPUBLISHED]
                           *
       Appellee.        *

_____

Submitted:  February 12, 1997

Filed: March 13, 1997
_____

Before MAGILL, BEAM, and LOKEN, Circuit Judges.
_____

PER CURIAM.


     The plaintiff, Hart-Carter Company (Hart-Carter), appeals from
the district court's[1] order denying its motion to amend its
complaint and granting the motion brought by the defendant, HCC,
Inc. (HCC), to dismiss for failure to state a claim. Having
reviewed the record and the parties' briefs on appeal, we conclude
that the district court properly denied Hart-Carter's motion to

_____

[1]The Honorable John R. Tunheim, United States District Judge
for the District of Minnesota.

amend its complaint and properly granted HCC's motion to dismiss for failure to state a claim.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.